

## NUMBER 13-25-00379-CV

## COURT OF APPEALS

## THIRTEENTH DISTRICT OF TEXAS

## CORPUS CHRISTI – EDINBURG

ESTELLA GUERRERO,
MARIA PAZ, RICARDO PEREZ,
AND MARY F. CAVAZOS,                                          Appellants,

v.

DONNA INDEPENDENT
SCHOOL DISTRICT,                                                 Appellee.

## ON APPEAL FROM THE 464TH DISTRICT COURT
## OF HIDALGO COUNTY, TEXAS

## MEMORANDUM OPINION

**Before Chief Justice Tijerina and Justices West and Cron
Memorandum Opinion by Justice West**

This cause is before the Court on its own motion. On July 16, 2025, appellants filed a notice of appeal attempting to appeal an order denying movants' motion for reconsideration and motion for new trial in trial court cause number C-2625-20-L. On July

28, 2025, the Clerk of the Court notified appellants that it appears the order appellants were attempting to appeal is unappealable. Appellants were further notified that if the defect was not cured within ten days, the appeal would be dismissed. *See* TEX. R. APP. P. 42.3. Appellants have failed to cure the defect or otherwise respond to the notice.

Upon review of the documents before us, we are of the opinion that the order appellants attempted to appeal is unappealable, and appellants have failed to correct the defect. Absent an appealable interlocutory order or final judgment, this Court has no jurisdiction over this appeal. *See Ogletree v. Matthews*, 262 W.S.3d 316, 319 n. 1 (Tex. 2007); *Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 205 (Tex. 2001). Having considered the documents on file and appellants' failure to correct the jurisdictional defect in this matter, we dismiss the appeal for want of jurisdiction. *See* TEX. R. APP. P. 42.3(a).

JON WEST
Justice

Delivered and filed on the
21st day of August, 2025.

2